## ATTACHMENT A

The property to be searched is a blue Motorola smartphone, hereinafter the "Device," assigned phone number (231) 327-7912. The Device is currently located at the FBI Grand Rapids Resident Agency.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.