**ATTACHMENT B**

1.      All records on the Device described in Attachment A that relate to violations of 18 U.S.C. §§ 115 and 875(c), and involve Christopher Ray Plyler since November 2025, including:

    a.  Threats to kill or injure federal officials or other individuals;

    b.  Evidence of motive, intent, plan, or preparation to carry out such threats or assaults;

    c.  Any information related to other individuals making similar threats or preparations (including names, addresses, phone numbers, or any other identifying information);

    d.  Communications (audio, video, and text) with other individuals involved in similar threats or planning;

    e.  Any information recording Christopher Ray Plyler's schedule or travel from November 2025 to the present;

    f.  Lists and photographs of potential targets or target locations;

    g.  Lists, searches, orders, and purchases of chemicals, equipment used in making chemical weapons, and other non-firearm weapons;

    h.  all bank records, checks, credit card bills, account information, and other financial records.

2.      Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    a.  records of Internet Protocol addresses used;

b.   records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

3.       During the execution of the search of the Device described in Attachment A, law enforcement personnel are also specifically authorized to compel Christopher Ray Plyler to provide biometric features, including pressing fingers (including thumbs) against and/or putting a face before the sensor, or any other security feature requiring biometric recognition on the Device.

4.       This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.